# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. BRADY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 23-1078-GBW |
| 7HOPS.COM INC., et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, this 30th day of November 2023, having considered Plaintiff's motion to file electronically (D.I. 4);

IT IS ORDERED that that Plaintiff's motion to file electronically (D.I. 4) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE